IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40508
Summary Calendar
_____


ROGER EUGENE GRESHAM,

Petitioner-Appellant,

versus

ERNEST CHANDLER, Warden, United States Penitentiary,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:01-CV-120
--------------------
October 4, 2002

Before DAVIS, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[1]

Roger Eugene Gresham, inmate # 29072-077, appeals the denial
of his petition for habeas relief filed pursuant to 28 U.S.C. §
2241.  Gresham's claim that prison officials failed to protect him
from another inmate is not cognizable under 28 U.S.C. § 2241.  See
Spina v. Aaron, 821 F.2d 1126, 1128 (5th Cir. 1987).  Gresham's
claim that he was denied due process at a disciplinary hearing also
is without merit inasmuch as the hearing met with the requirements

---

[1]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

set forth in <u>Wolff v. McDonnell</u>, 418 U.S. 539, 556-57 (1974). Last, Gresham's claims that prison officials failed to follow their own policies, without more, does not constitute a violation of due process. <u>Myers v. Klevenhagen</u>, 97 F.3d 91, 94 (5th Cir. 1996). Thus, the district court did not err when it denied Gresham's petition. <u>Henson v. U.S. Bureau of Prisons</u>, 213 F.3d 897, 898 (5th Cir. 2000).

AFFIRMED.